STATE OF MINNESOTA )
) ss. AFFIDAVIT OF KYLIE WILLIAMSON
COUNTY OF RAMSEY )

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as a Special Agent by the ATF since August of 2007. Prior to that, I was employed by ATF for two years as an Industry Operations Investigator. I am currently assigned to the Saint Paul Field Office. In my capacity as a Special Agent with the ATF, I have participated in numerous criminal investigations of individuals and entities related to violations of Federal Laws, particularly those under Titles 18 and 21 of the United States Code. I have received on-going training related to criminal investigations, gang investigations, drug trafficking, money laundering, undercover operations, Title III wiretaps, as well as electronic and physical surveillance procedures. I work with various law enforcement agencies and drug task forces throughout the state of Minnesota and have supervised, led, and/or otherwise been a part of hundreds of arrests and search warrants during my years as a law enforcement officer. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Denzel Jamal JENKINS (hereinafter "JENKINS") for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1) by possessing in and affecting interstate commerce a firearm and ammunition after having been convicted of at least one offense punishable by imprisonment for a term exceeding one year.

2. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and from the review of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

3. On July 20, 2024, at approximately 2230 hrs, Officers with the St. Paul Police Department (SPPD) responded to the Foundry Pub located at 1201 Jackson St., in St. Paul, MN, on reports of a fight and shots fired.

4. Upon arrival, Officers did not locate any gunshot wound victims but recovered fourteen .40 caliber Discharged Cartridge Casings (DCCs) from the bar's north parking lot and located at least one vehicle that was struck by gunfire. The DCCs were later examined by SPPD's Forensic Services Unit and, based on class characteristics, the Screening Technician determined the fourteen DCCs may have come from two different firearms. One DCC from each group was selected for entry into ATF's Integrated Ballistics Identification System (IBIS).

5. Officers interviewed witnesses on scene and obtained and reviewed surveillance video from both inside and outside of the bar. Investigators identified JENKINS as one of the individuals involved in the alteration and subsequent shots fired.

6. Surveillance video depicted JENKINS, wearing a distinct blue and white patterned hooded sweatshirt with matching shorts, and black Gucci slides with green and red stripes (See Below):

2



*[Above: Still Photographs of Denzel JENKINS Generated from Foundry Surveillance Video on July 20, 2024]*

7. During the altercation inside the bar, JENKINS was captured on video holding what appeared to be a firearm in his right hand before concealing the firearm inside his open hooded sweatshirt and exiting the bar (See Below):

3

 

*[Above: Still Photographs of Denzel JENKINS Generated from Foundry Surveillance Video on July 20, 2024]*

8.  Surveillance video depicted at least two other individuals, R.L.M. and T.D.S, who were also in possession of apparent firearms inside of the bar during the incident. R.L.M. appeared to be associated with JENKINS.

9.  After the altercation inside of the bar, surveillance video outside of the bar showed T.D.S. getting into the passenger's side of a white BMW parked in the lot south of the bar. A fourth male, identified as R.A.R., got into the driver's seat of that white BMW and the BMW drove west out of the lot.

10. After JENKINS walked a lap around the outside of the bar, with his right hand concealed in the left side of his sweatshirt, JENKINS, R.L.M., and a third unknown

4

male eventually went to a black Dodge Durango parked in the lot on the North side of the bar.

11. A short time later, as JENKINS and the other two males were at the Durango, the white BMW pulled into the North lot and drove toward the black Dodge Durango. The unknown male exited the driver's seat of the black Dodge Durango and began to walk away. As the BMW circled around the Durango, R.L.M. and JENKINS remained near the Durango. JENKINS appeared seated in the rear, driver's side seat with the door open and R.L.M. was standing next to JENKINS. Both JENKINS and R.L.M. appeared to exchange gunfire with the occupants of the white BMW. In the footage, JENKINS can be seen holding what appears to be a gun in the direction of the BMW; what appear to be muzzle flashes emanate from the object JENKINS is holding.

12. R.L.M. then went to a different vehicle and JENKINS got into the driver's seat of the Durango. Both R.L.M. and JENKINS left the area before police arrived.

13. Once on scene, Officers recovered the .40 caliber DCCs from the area where JENKINS and R.L.M. were positioned when they exchanged gunfire with the occupants of the BMW.

14. On August 20, 2024, the SPPD SWAT Team executed a search warrant at 218 Kipling St., #K114 in the city of St. Paul, MN, after the investigation revealed Denzel Jamal JENKINS was staying at that address.

15. During execution of that search warrant, Investigators arrested JENKINS and recovered several evidence items, to include a loaded Glock model 27, .40 caliber pistol

5

bearing Serial Number: BSRP537, which was submerged in the toilet tank (See Evidence Photograph Below):




*[SPPD Evidence Photographs of Glock model 27, .40 Caliber Pistol, SN: BSRP537]*

16. The recovered Glock pistol, bearing Serial Number BSRP537, was test fired following its recovery and the Test Fired Cartridge Casings (TFCCs) were entered into ATF's IBIS. Your Affiant learned that the TFCCs were associated with DCCs recovered after the shots-fired incident at the Foundry Pub on July 20, 2024. That investigation is ongoing, and the association has not yet been confirmed by a forensic scientist.

17. During the execution of the search warrant, SPPD Investigators also recovered from the apartment several clothing items consistent with those worn by JENKINS during the incident at the Foundry Pub. Those items included a distinct blue

6

and white patterned hooded sweatshirt with matching shorts, and black Gucci slides with green and red stripes (See Evidence Photographs of recovered clothing items below):





*[SPPD Evidence Photographs of Clothing Items Recovered During Search Warrant and Arrest of JENKINS]*

18. Following his arrest, JENKINS provided a consensual DNA sample which will be submitted to the BCA for analysis, along with samples collected from the recovered Glock pistol.

19. JENKINS did not wish to speak with law enforcement about the incident.

20. During the execution of the search warrant, Officers spoke with the apartment's female occupant, L.C.W., who lived at the Kipling address with her two small daughters. L.C.W. advised that she had lived at the address for approximately two years and had been employed as a Ramsey County Correctional Officer during that time. L.C.W. had recently rekindled a relationship with JENKINS whom she had known since high school and L.C.W. was letting JENKINS stay with her. Though L.C.W. did not believe JENKINS was bringing it in the house, L.C.W. had seen JENKINS with a small

charcoal-gray firearm on more than one occasion. L.C.W. knew JENKINS was a felon and was aware of his criminal history. L.C.W. said her DNA would not be on the firearm.

21. On August 22, 2024, JENKINS was charged in Ramsey County with 2nd Degree Assault-Dangerous Weapon, and two counts of Possession of a Firearm/Ammunition by an Ineligible Person related to the events on July 20, 2024.

22. Your Affiant consulted with an ATF Interstate Nexus Expert who advised that the Glock model 27, .40 caliber pistol bearing serial number: BSRP537, was not manufactured in the state of Minnesota, and therefore, must have traveled in and affected interstate commerce to be in Minnesota on July 20, 2024, and August 20, 2024.

23. Your Affiant has researched certain available criminal history records for JENKINS. Based on my review of those records, I believe that JENKINS had at least the following convictions prior to July 20, 2024, which were punishable by a term of imprisonment exceeding one year:

| OFFENSE | DATE OF CONVICTION (On or About) | PLACE OF CONVICTION | SENTENCE |
| --- | --- | --- | --- |
| 3rd Degree Assault 609.223.1 | 2/2/2011 | Ramsey 62CR11466 | 1 Year, 1 Day |
| Possession of a Firearm 624.713.1(2) | 6/19/2013 | Ramsey 62CR124431 | 60 Months |
| 1st Degree Aggravated Assault 609.221.1 | 10/14/2013 | Ramsey 62CR134897 | 100 Months |
| Fleeing Police in a Motor Vehicle 609.487.3 | 9/27/2019 | Ramsey 62CR194912 | 17 Months |

24. I note that these records indicated that JENKINS knew that the felonies he pled guilty to and was ultimately convicted of were punishable by a term of imprisonment exceeding one year.

25. Based on the information set forth above, there is probable cause to believe that Denzel Jamal JENKINS violated Title 18, United States Code Section 922(g)(1) by possessing in and affecting interstate commerce a firearm after having been convicted of at least one offense punishable by imprisonment for a term exceeding one year.

Further your Affiant sayeth not.

Kylie Williamson
Special Agent, ATF

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3) on
September 26, 2024:

September 26, 2024

JON T. HUSEBY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA